FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, | No.  2:20-CV-0167-SMJ |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION |
| v. | |
| CONSTRUCTION ASSOCIATES OF SPOKANE, INC.; and MARK AND JENNIFER WILSON, | |
| Defendants. | |

**BEFORE THE COURT** is the motion of Security National Insurance Company ("Plaintiff") for leave to file a 10-page brief in response to Defendant's motion to compel and to strike its previously filed overlength brief, ECF No. 78. ECF No. 83.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1.     Plaintiff's motion for leave to file a 10-page response to Defendant's motion to compel, **ECF No. 83**, is **GRANTED**.

///

///

ORDER . . . - 1

2.    Plaintiff's previously filed combined response and motion for
protective order, ECF No. 78, is **STRICKEN**, and the Court shall consider
Plaintiff's response brief filed on April 26, 2021, ECF No. 84, at the May 4, 2021
hearing on the pending motion to compel discovery.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this
Order and provide copies to counsel.

DATED April 27, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2