FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CONSTRUCTION ASSOCIATES OF SPOKANE, INC.; MARK and JENNIFER WILSON,<br><br>　　　　Defendants. | No. 2:20-CV-00167-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　　　Before the Court is the parties' Stipulated Motion and Order to Dismiss with Prejudice, ECF No. 276. The motion was considered without oral argument. Plaintiffs are represented by Jeffrey D. Laveson, Mark Scheer, and Linda B. Clapham. Defendant Construction Associates of Spokane, Inc. is represented by Bradley E. Smith. Defendants Mark and Jennifer Wilson are represented by Charles Hausberg, Michael Franklin, and Michael A. Maurer.

　　　　The parties state that they have settled all claims and counterclaims and join to request that the Court enter a final order dismissing all pending claims and counterclaims with prejudice and without attorneys' fees or costs. The Court finds good cause to grant the motion.

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion and Order to Dismiss with Prejudice, ECF No. 276, is **GRANTED**.

2. The Court **DISMISSES** all pending claims and counterclaims **with prejudice** and **without attorneys' fees or costs** to either Party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 31st day of January 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**